UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC d/b/a CHARTER COMMUNICATIONS OF WESTERN CONNECTICUT | : : : : : : : : : | Civ. Action No. 3:00cv124 (SRU) |
| v. | | |
| CARYN TROTTA | | |

## ORDER FOR EXAMINATION AND NOTICE

TO ANY PROPER OFFICER:

Upon the application of Charter Communications Entertainment I, LLC,

Caryn Trotta is hereby ordered to appear in Courtroom #1 of the United States District Court, 915 Lafayette Boulevard, Bridgeport, Connecticut on **June 22, 2006 at 2:00 p.m.** then and there to be examined under oath concerning her property and means of paying the Judgment described in the application.

The Court may make such orders at the hearing or thereafter that it determines to be reasonably calculated to facilitate payment of the judgment. It is further ORDERED that defendant bring with her and produce at the hearing all information requested in plaintiff's Post-Judgment Interrogatories served on or about March 26, 2006.

The defendant is advised that failure to appear before the Court at the scheduled time and place and produce the aforementioned documents as ordered above, may subject the defendant to being held in Contempt of court and having a Capias issued for the arrest of the defendant.

NOW THEREFORE, by authority of the United States of America, you are hereby commanded to give notice of the pendency of the application and summon the judgment debtor to appear at the place, date and time set for the examination by serving on her, in the manner prescribed by law for the service of civil process, a true and attested copy of the foregoing application and of this Order at least seven (7) days before the date of the hearing.

It is so ordered.

Dated at Bridgeport, Connecticut this 30th day of May, 2006.

    /s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge