UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC d/b/a CHARTER COMMUNICATIONS OF WESTERN CONNECTICUT, | : : : : : |
| Plaintiff, | : : |
| v. | : CIVIL ACTION : NO. 3:00 CV 0124 (SRU) : |
| CARYN TROTTA, | : : |
| Defendant. | : June 21, 2006 |

## MOTION TO EXTEND TIME ON HEARING

The undersigned, on behalf of Plaintiff, Charter Communications Entertainment I, LLC d/b/a Charter Communications of Western Connecticut ("Charter"), hereby requests the Court to extend, indefinitely, the Examination of Judgment Debtor currently scheduled for June 22, 2006, at 4 p.m. in the above-captioned matter, due to the fact that the Defendant, Caryn Trotta ("Defendant") is a resident of the State of Florida and service has not yet been made.

This is the first request for an extension by the Plaintiff. The Defendant has not filed an Appearance in this case and as such, Charter is unable to confer with her on this request.

        PLAINTIFF - CHARTER COMMUNICATIONS
ENTERTAINMENT I, LLC d/b/a CHARTER
COMMUNICATIONS OF WESTERN
CONNECTICUT

By _____
    Ryan M. Mihalic – ct24454

Murtha Cullina LLP
CityPlace I – 185 Asylum Street
Hartford, Connecticut  06103-3469
Telephone:  (860) 240-6000
Facsimile:  (860) 240-6150
E-Mail:  rmihalic@murthalaw.com
Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Extend Time on Hearing has been mailed first-class, postage prepaid, on this 21st day of June, 2006 to:

Caryn Trotta
15263 SW 47th Terrace
Ocala, Florida 34473

Ryan M. Mihalic