UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHARTER COMMUNICATIONS             :     CASE NO. 3:00-cv-0124-SRU
ENTERTAINMENT I, LLC               :
d/b/a CHARTER COMMUNICATIONS OF    :
WESTERN CONNECTICUT                :
                                   :
    Plaintiff,                     :
                                   :     **APPEARANCE**
v.                                 :
                                   :
CARYN TROTTA,                      :
                                   :
    Defendant.                     :

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD**:

Pursuant to Local Rule 5 (b), please enter the undersigned firm's appearance as counsel in this case for plaintiff Charter Communications Entertainment I, Limited Partnership d/b/a Charter Communications of Western Connecticut.

Dated: Mineola, New York
       November 23, 2007

                    Yours, etc.,

                    LAW OFFICES OF PATRICK J. SULLIVAN, PLLC
                    Attorney for the Plaintiff

                    By: _____
                    Patrick J. Sullivan (ct26167)
                    92 Willis Avenue, Second Floor
                    Mineola, New York 11501
                    Phone: (516) 342-1248
                    Fax:   (516) 747-9405
                    e-mail: lawofficespjs1@optonline.net

                    Local Office Pursuant to Local Civil Rule 83.1(c):

                    Joseph M. Tobin, Esq.
                    Tobin & Melien
                    45 Court Street
                    New Haven, CT 06511
                    Phone: (203) 777-6660
                    Fax:   (203) 777-1817

## Certificate of Service

**PATRICK J. SULLIVAN**, an attorney admitted to the Bar of the U.S. District Court for the District of Connecticut, certifies that the following is true and correct:

1. On November 23, 2007, I served a copy of the foregoing Appearance by first class postage prepaid mail to the party identified below as follows:

    Caryn Trotta
    106 Lakemere Drive
    Southbury, CT  06488

    Caryn Trotta
    15263 SW 47th Terrace
    Ocala, FL  33473

2. On November 23, 2007, I served a copy of the foregoing Appearance by e-mail to the attorney set forth below as follows:

    Ryan Mihalic, Esq.
    Murtha Cullina LLP
    Cityplace I, 185 Asylum Street
    Hartford, CT  06103-3469
    rmihalic@murthalaw.com

Dated: Mineola, New York
       November 23, 2007

                                        PATRICK J. SULLIVAN (ct26167)